# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| OPUS EAST, L.L.C., *et al.*,[1] | ) | Case No. 09-12261-MFW |
| | ) | (Jointly Administered) |
| Debtors. | ) | **OBJECTION DEADLINE: August 20, 2010** |
| | ) | **at 4:00 p.m.** |
| | ) | **HEARING DATE:_TBD_____** |
| In re: | ) | Chapter 7 |
| | ) | |
| 100 M ST., SE, L.L.C., | ) | Case No. 09-12266-MFW |
| | ) | |
| | ) | **OBJECTION DEADLINE: August 20, 2010** |
| | ) | **at 4:00 p.m.** |
| Debtor. | ) | **HEARING DATE:  TBD** |

## NOTICE OF TRUSTEE'S INTENT TO ABANDON PROPERTY OF DEBTOR 100 M ST. SE, L.L.C. PURSUANT TO 11 U.S.C. § 554(a) AND § 725 AND BANKRUPTCY RULE 6007(a)

PLEASE TAKE NOTICE that pursuant to 11 U.S.C. § 725 and § 554(a) and Federal Rule of Bankruptcy Procedure 6007(a), Jeoffrey L. Burtch, the Chapter 7 Trustee (the "Trustee") in the above-captioned cases, intends to abandon from the estate (the "Estate') of debtor 100 M St. SE, L.L.C. (the "Debtor") all of the Debtor's and the Estate's interest in the property related to the project at 100 M Street, SE, Washington, DC (the "Project") that is secured by the first lien and security interest in favor of Bank of America, N.A. ("BANA") as successor in interest to LaSalle Bank, N.A., and as agent for itself and certain other lenders, including:

> **all real estate improvements constructed at the Project, and BANA's other properly secured collateral related to the Project including leases, contracts, fixtures, cash, rents, issue, profits, revenues and receivables related to the Project (collectively, the "Property").**

---

[1] The Debtors in these jointly administered proceedings are:  Opus East, L.L.C.; Mercer Corporate Center, L.L.C.; Apple Valley II, L.L.C.; APG I, L.L.C.; APG II, L.L.C.; and 100 M St. SE, L.L.C.

The Property to be abandoned is described in greater particularity as the BANA "collateral" in the Motion of Bank of America, N.A., Agent, for Relief from the Automatic Stay under Section 362 of the Bankruptcy Code, and the loan documents filed as exhibits thereto, at docket number 5 in Case No. 09-12266-MFW.

Included in the Property to be abandoned is the Debtor's and the Estate's interest in all unexpired leases[2] of real property that relate to the Project, under which the Debtor and/or Opus East, L.L.C. is the lessor.[3]

BANA was previously granted relief from the automatic stay provisions of 11 U.S.C. § 362 to exercise its state law remedies with respect to the Property by Consent Order dated December 21, 2009, docketed at number 170 in Case No. 09-12261-MFW. To date, BANA has not taken steps to foreclose on the Property.

The Trustee, in consultation with his professionals, has determined that the Property has no value to the Estate and that the Property is burdensome to the Estate by imposition of accruing costs and exposure to potential liability. Time is of the essence with respect to the abandonment of the Property because the Trustee's insurance expires on August 31, 2010.

---

[2] Unless further extended by motion of the Trustee and order of the Court, all unexpired executory contracts that relate to the Project will be deemed rejected as of August 26, 2010, in accordance with the May 17, 2010 Order docketed at 271 in Case No. 09-12261 and 11 U.S.C. § 365(d)(1).

[3] The interest of the Debtor and the Estate in all leases of real property that relate to the Project under which the Debtor and/or Opus East, L.L.C. is the lessee were previously deemed rejected by operation of 11 U.S.C. § 365(d)(4).

**Unless objections are filed with the Bankruptcy Court by 4:00 p.m. (EDST) on August 20, 2010, and served on the undersigned counsel for the Trustee, the Property shall be deemed abandoned as of 12:01 a.m. (EDST) on August 21, 2010.**

        **COOCH AND TAYLOR, P.A.**

        By:    /s/ Dale R. Dubé
             Dale R. Dubé, Esquire (DE No. 2863)
             100 West Street, 10th Floor
             P. O. Box 1680
             Wilmington, DE 19899
             Telephone: (302) 984-3800
             Facsimile: (302) 984-3939
             Email: ddube@coochtaylor.com

        *Attorney for Chapter 7 Trustee*

DATED: August 3, 2010